■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MORRIS, Appellant.— Appeal by defendant from a judgment of the former County Court, Kings County, rendered June 5, 1962 on his plea of guilty, convicting him of criminally buying and receiving stolen property as a misdemeanor (Penal Law, § 1308), and sentencing him, pursuant to article 7-A of the Correction Law, to serve an indefinite term in the New York City Penitentiary. Judgment affirmed (see *People* v. *Watson,* 19 A D 2d 631). Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.